BOARD OF EDUCATION OF THE TOWN OF BOZRAH *v.*
STATE BOARD OF EDUCATION ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 30 Conn. App. 720 (AC 11277), is granted, limited to the following issue:

"Was the Appellate Court correct in construing General Statutes §§ 10-253 (d) and 10-76d (e) to require the Bozrah board of education to provide school accomodations?"

The Supreme Court docket number is SC 14775.

*William R. Connon,* in support of the petition.

*Saranne P. Murray, Gregory T. D'Auria* and *Nina F. Elgo,* assistant attorney general, in opposition.

Decided May 17, 1993

JOHN R. IVIMEY, SR. *v.* TOWN OF WATERTOWN ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 30 Conn. App. 742 (AC 11276), is denied.

*John R. Ivimey, Sr.,* pro se, in support of the petition.

*Charles D. Stauffacher,* in opposition.

Decided May 17, 1993

DUNCAN W. CANEY *v.* OLF VELDHUIS ET AL.

The defendant Lydia Veldhuis' petition for certification for appeal from the Appellate Court, 30 Conn. App. 907 (AC 10703), is denied.

*Joan J. Baird,* in support of the petition.

Decided May 17, 1993